AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Kelly Toys Holdings, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-CV-1382(AKH) |
| www.Axolotlsquishmallow.com, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Harbin Zhuhai Gongchuang Technology Co., Ltd dba www.bigfootsquishmallow.com.

Date: 05/03/2023

/s/ Daniel M. Rygorsky
*Attorney's signature*

Daniel M. Rygorsky, SDNY # DR7969
*Printed name and bar number*

BUCHALTER, A Professiol Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
*Address*

drygorsky@buchalter.com
*E-mail address*

(213) 891-0700
*Telephone number*

(213) 896-0400
*FAX number*