UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
KELLY TOYS HOLDINGS LLC,  :
:
                          Plaintiff,  :  **ORDER REGULATING**
:  **PROCEEDINGS**
   -against-  :
:  23 Civ. 1382 (AKH)
:
:
WWW.AXOLOTLSQUISHMALLOW.COM, et al.  :
:
                        Defendants.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties shall file a consent decree regarding future use and sales of the alleged infringing products no later than August 25, 2023. The case is referred to magistrate judge Katharine Parker for 45 days for all further issues. A status conference shall be held on October 20, 2023 at 10:00 a.m.

       SO ORDERED.

Dated:     August 11, 2023                      /s/ Alvin Hellerstein
            New York, New York          ALVIN K. HELLERSTEIN
                                          United States District Judge