```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
 KELLY TOYS HOLDINGS, INC.,


                                        Plaintiff,

        -against-


WWW.AXOLOTLSQUISHMALLOW.COM, ET AL.,


                                        Defendant.
-----------------------------------------------------------------X
```

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

23-CV-1382 (AKH)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter utilizing the Zoom platform is scheduled for **Monday, January 22, 2024 at 9:00 a.m.** Counsel for the parties are directed to send a Zoom invitation to Judge Parker's chambers prior to the scheduled conference date. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 15, 2024 by 5:00 p.m.**

SO ORDERED.

Dated: October 16, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge