```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY TOYS HOLDINGS, INC.,

                              Plaintiff,                    **ORDER**

          -against-                                **23-CV-1382 (AKH)**

WWW.AXOLOTLSQUISHMALLOW.COM, ET AL.,

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In connection with the settlement conference on **January 22, 2024**, and with Defendants' consent, Plaintiff's counsel is advised that she may invite her clients in case numbers **23-cv-1384 and 23-cv-4424** to attend the settlement conference to discuss a possible global resolution. Each separate plaintiff entity may submit an ex parte letter in advance of the settlement conference focused on the specific claims in their case and damages. Defendants' page limit for its ex parte letter is extended to 9 pages to the extent needed to address the claims and damages in each case.

      **SO ORDERED.**

Dated: October 19, 2023
       New York, New York

                                                      */s/ Katharine H. Parker*
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge