```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KELLY TOYS HOLDINGS, INC.,

                            Plaintiff,                              **ORDER**

                -against-                                  23-CV-1382 (AKH)

WWW.AXOLOTLSQUISHMALLOW.COM, ET AL.,

                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the stipulation of voluntary dismissal filed on January 12, 2024, the settlement conference previously scheduled to occur on **January 22, 2024 at 9:00 a.m.**, is adjourned sine die. The parties are no longer required to submit pre-conference settlement submissions.

SO ORDERED.

Dated: January 17, 2024
         New York, New York

                                                           _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge