Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, <br><br> *Plaintiff* <br><br> v. <br><br> WWW.AXOLOTLSQUISHMALLOW.COM, WWW.BIGFOOTSQUISHMALLOW.COM, WWW.COWSQUISHMALLOW.COM, WWW.HALLOWEENSQUISHMALLOWS.SHOP, WWW.MUSHROOMSQUISHMALLOW.COM, WWW.OFFICIALSQUISHMALLOWS.COM, GUANGZHOU MAIYUAN ELECTRONIC COMMERCE CO., LTD. and SOUFEEL JEWELRY LIMITED, <br><br> *Defendants* | **23-cv-1382 (AKH)** <br><br> ~~[PROPOSED]~~ to transfer ORDER Domain Name <br><br> (AKH) |

IT IS HEREBY ORDERED that GoDaddy.com, LLC is directed to transfer the Infringing Domain Name, www.axolotlsquishmallow.com, to a GoDaddy account identified by Epstein Drangel, LLC, counsel for Plaintiff Kelly Toys Holdings, LLC within five (5) days of this Order.

**SO ORDERED.**

SIGNED this _12_ day of _Nov_ , 2024, at _11:00_ a.m.
New York, New York

_____
HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE