UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KELLY TOYS HOLDINGS LLC,                        :
                                                :
                              Plaintiff,         :    **ORDER TERMINATING**
                                                :    **CASE**
          -against-                              :
                                                :     23 Civ. 1382 (AKH)
                                                :
                                                :
WWW.AXOLOTLSQUISHMALLOW.COM, et al.   :
                                                :
                              Defendants.         :
------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff filed this case on February 17, 2023.  After none of the Defendants appeared, the Clerk of Court entered a certificate of default for all Defendants on April 24, 2023.  ECF No. 40.  On May 3, 2023, Defendant www.bigfootsquishmallow.com ("BigFoot") entered a notice of appearance and filed a motion to vacate the certificate of default against it.  ECF No. 46.  I granted the motion vacating the default of BigFoot but leaving it in place for the remaining Defendants who had not appeared.

On October 30, 2024, Plaintiff and BigFoot reached a settlement agreement and voluntarily dismissed the case.  ECF No. 96.  No filing has been made in this case since November 12, 2024, and Plaintiff has not sought to prosecute or seek default judgment against the remaining Defendants.

Thus, the case shall be deemed terminated, and the Clerk of Court shall close the case.

SO ORDERED.

Dated:     March 19, 2026                 _____/s/Alvin K. Hellerstein_____
           New York, New York              ALVIN K. HELLERSTEIN
                                           United States District Judge