Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY TOYS HOLDINGS, LLC,

*Plaintiff*

v.

WWW.AXOLOTLSQUISHMALLOW.COM,
WWW.BIGFOOTSQUISHMALLOW.COM,
WWW.COWSQUISHMALLOW.COM,
WWW.HALLOWEENSQUISHMALLOWS.SHOP,
WWW.MUSHROOMSQUISHMALLOW.COM and
WWW.OFFICIALSQUISHMALLOWS.COM,

*Defendants*

**CIVIL CASE NO.
23-cv- 1382 (AKH)**



**ORDER FOR
RETURN OF
SECURITY BOND**

The Court, having directed the Clerk of Court to close this case, hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY 10017.

**SO ORDERED.**

SIGNED this 24 day of March , 2026, at 9:12 P .m.

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE